LAWRENCE IVAN v. BOARD OF EDUCATION OF THE
PRINCETON REGIONAL SCHOOL DISTRICT.

June 19, 1984.

Petitions for certification granted and the matter is summarily remanded to the Commissioner of Education for reconsideration in light of the entire transcript of proceedings conducted before the Administrative Law Judge.

Jurisdiction is not retained.

JOAN AHERN v. ANTHONY G. DOMENICK.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. PATRICIA BANCROFT.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. MIGUEL MARTINEZ.

June 19, 1984.

Petition for certification denied.